IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | NO. 05-530-1 |
| STANLEY SKEETERS | : | |

ORDER

And now, this 18th day of September 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the emergency motion of defendant Stanley Skeeters to suspend or reduce sentence under 18 U.S.C. § 3582(c)(1)(A) (Doc. # 113) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                         J.