IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | NO. 05-530 |
| STANLEY SKEETERS | : | |

<u>ORDER</u>

AND NOW, this 1st day of November, 2022, for reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of Stanley Skeeters "for a modification of sentence pursuant to 18 U.S.C. § 3582(C)(1) and First Step Act of 2018" (Doc. # 119) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                              J.