IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| STANLEY SKEETERS | : | NO. 05-530-1 |

<u>ORDER</u>

AND NOW, this 7th day of March 2024, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1)  The motion of defendant Stanley Skeeters for reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. # 135) is GRANTED in part and DENIED in part;

(2)  His sentences on Counts 5, 7, and 9 are reduced to seven years each to run consecutively to each other, to the seven year sentence on Count 3 and to the one month current sentences on Counts 1, 2, 4, 6, and 8 for a total sentence of 28 years and one month; and

(3)  All other conditions of his sentence remain the same.

BY THE COURT:

/s/  Harvey Bartle III
J.